UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA O.,<br><br>                     Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                     Defendant. | Case No.:  23-cv-40-DDL<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**[Dkt. No. 2]** |

On January 9, 2023, Plaintiff Joshua O. ("Plaintiff") initiated this action against the Acting Commissioner of Social Security, seeking judicial review of a final adverse decision of the Commissioner. Dkt. No. 1. Plaintiff concurrently filed an application to proceed in this matter *in forma pauperis* ("IFP"), which is presently before the Court. Dkt. No. 2.

This Court may "authorize the commencement . . . of any suit, action or proceeding, civil or criminal, without prepayment of fees or security therefor" by any person who demonstrates his or her inability to pay such fees. *See* 28 U.S.C. § 1915(a)(1). A party need not be completely destitute to proceed IFP. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948). Instead, "[a]n affidavit in support of an IFP application is sufficient where it alleges that the affiant

cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1235 (9th Cir. 2015) (citing *Adkins*, 335 U.S. at 339). "[A] plaintiff seeking IFP status must allege poverty 'with some particularity, definiteness and certainty.'" *Id.* (citing *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981)).

According to Plaintiff's application, he is currently unemployed and was last gainfully employed in 2019. Dkt. No. 2 at 1-2. Plaintiff reports no income, assets or living expenses, and does not expect his income or assets to change meaningfully in the next year. *Id.* at 1-3, 5. Based upon the record before it, the Court finds that Plaintiff has adequately demonstrated that he lacks the financial resources to pay the filing fee. Accordingly, plaintiff's Application to Proceed in forma pauperis [Dkt. No. 2] is **GRANTED**.

**IT IS SO ORDERED**.

Dated: January 17, 2023

Hon. David D. Leshner
United States Magistrate Judge